KURT C. FAUX, ESQ.
Nevada Bar No. 003407
JORDAN F. FAUX, ESQ.
Nevada Bar No. 012205
THE FAUX LAW GROUP
2625 N. Green Valley Parkway, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
jfaux@fauxlaw.com
*Attorneys for Papa John's International, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAPA JOHN'S INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PRB I, LLC, <br><br> KENNETH ANTOS AND SHEILA ANTOS, <br><br> KCI INVESTMENTS, LLC, <br><br> KCI HOLDING I, LLC, <br><br> And <br><br> PREFERRED RESTAURANT BRANDS, INC. F/K/A DIXIE FOODS INTERNATIONAL, INC., <br><br> Defendants. | Case No.: 2:19-cv-00623-JAD-VCF <br><br> **ORDER GRANTING MOTION TO WITHDRAW MOTION FOR AN ORDER TO ENFORCE AND/OR FOR AN ORDER TO SHOW CAUSE WHY JUDGMENT DEBTOR SHEILA ANTOS SHOULD NOT BE HELD IN CONTEMPT AND VACATE HEARING** |

UPON CONSIDERATION of Plaintiff, Papa John's International, Inc.'s ("Papa John's) Motion to Withdraw Motion for an Order to Enforce and/or for an Order to Show Cause why

1

Judgment Debtor Sheila Antos should not be held in Contempt and Vacate Hearing, and for good cause shown, it is hereby:

ORDERED that Plaintiff's Motion is GRANTED; and it is further

ORDERED that the Show Cause hearing scheduled for July 16, 2019 at 10:00 a.m., is vacated.

DONE AND ORDERED this 15th day of July, 2019.

_____
Cam Ferenbach
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

THE FAUX LAW GROUP

  /s/ Kurt C. Faux
KURT C. FAUX, ESQ. (Utah Bar No. 04977)
THE FAUX LAW GROUP
2625 N. Green Valley Parkway, Suite 100
Henderson, Nevada 89014
*Attorneys for Papa John's International, Inc.*